**IMBLUM LAW OFFICES, P.C.**

4615 DERRY STREET
HARRISBURG, PA 17111

Gary J. Imblum
Jeffrey L. Troutman (of counsel)

email: gary.imblum@imblumlaw.com

Telephone
717.238.5250
Facsimile
717.558-8990

February 2, 2017

**Via ECF Only**

TO: US BANKRUPTCY COURT - CLERK

RE: Sue & William Johnson, Sr
Chapter 13 Bankruptcy Case No. 1-14-01656

Dear Clerk:

Please be advised that the address for the following Creditor has changed. The <u>new</u> address is:

ONEMAIN
1000 CARLISLE STREET SUITE 14B
HANOVER PA 17331

The Creditor's <u>previous</u> address was as follows:

ONEMAIN
PO BOX 499
HANOVER MD 21076-0499

Very truly yours,

IMBLUM LAW OFFICES, P.C.

Gary J. Imblum

GJI/srm