```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                            Case No. 14-01656-RNO
William Paul Johnson, Sr                                          Chapter 13
Sue Ann Johnson
         Debtors             CERTIFICATE OF NOTICE
District/off: 0314-1           User: AGarner              Page 1 of 2           Date Rcvd: Feb 27, 2017
                               Form ID: ntpasnh           Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 01, 2017.
db/jdb         +William Paul Johnson, Sr,    Sue Ann Johnson,   1013 Heritage Drive,    Gettysburg, PA 17325-8973
cr             +Ditech Financial LLC,   14841 Dallas Parkway, Suit 300,    Dallas, TX 75254-7883
cr              Springleaf Funding Trust 2013-B,    c/o Craig H Fox, Esquire,
                 Fox and Fox Attorneys at Law, P.C.,    One Montgomery Plaza, Suite 706,    425 Swede Street,
                 Norristown, PA 19401
4509503        +ALTAIR OH XIII, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
4473898        +BARRY C JOHNSON,    1013 HERITAGE DRIVE,   GETTYSBURG, PA 17325-8973
4473899        +BELCO COMMUNITY CREDIT,    449 Eisenhower Blvd,   Harrisburg, PA 17111-2301
4558988        +Belco Community Credit Union,    449 Eisenhower Blvd,   Harrisburg, PA 17111-2301
4473900       ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: CAP ONE,    PO BOX 85520,   RICHMOND, VA 23285)
4473902        +DISTRICT COURT OF MD BAIL BOND,    100 WEST PATRICK STREET,   FREDERICK, MD 21701-5578
4473903        +FREDERICK MEMORIAL H,    400 W SEVENTH STREET,   FREDERICK, MD 21701-4593
4473905        +GETTYSBURG HOSPITAL,    147 GETTYS STREET,   GETTYSBURG, PA 17325-2536
4473907        +LAKE HERITAGE PROPERTY OWNERS ASSOC,    1000 HERITAGE DRIVE,    GETTYSBURG, PA 17325-8954
4502838        +Lake Heritage Propoerty Owners Assoc, Inc,    Phillips and Phillips,    101 West Middle Street,
                 Gettysburg, PA 17325-2190
4473908        +MY CASH NOW,   1712 PIONEER AVENUE,    SUITE 120,   CHEYENNE, WY 82001-4406
4473909         MY CASH NOW,   14150 NE 20TH STREET,    STE F1 PMB 368,   BELLEVUE, WA 98007-3700
4473911        +ONEMAIN,   1000 CARLISLE ST SUITE 14B,    HANOVER, PA 17331-1122
4473912        +PROGRESSIVE INSURANCE,    6300 WILSON MILLS ROAD,   CLEVELAND, OH 44143-2182
4511409        +Springleaf Funding Trust 2013-B,    c/o Craig H. Fox, Esquire,
                 Fox and Fox Attorneys at Law, P.C.,    425 Swede Street,   One Montgomery Plaza, Suite 706,
                 Norristown, PA 19401-4852
4473915        +WFDS/WDS,   PO BOX 1697,    WINTERVILLE, NC 28590-1697
4595674        +WHITE RUN REGIONAL MUNICIPAL AUTHORITY,    C/O CAMPBELL & WHITE,    112 BALTIMORE STREET,
                 GETTYSBURG PA 17325-2311
4473916        +YORK ADAMS TAX BUREAU,    240 WEST STREET,   GETTYSBURG, PA 17325-2509
4473917        +YORK ADAMS TAX BUREAU,    ATTN ALBERT TIMKO JR,   240 WEST STREET,    GETTYSBURG, PA 17325-2509

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4494323        +E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 27 2017 19:06:01     Ais Services, Llc,
                 c o Jefferson Capital Systems LLC,    Po Box 7999,   Saint Cloud Mn 56302-7999
4473901        +E-mail/Text: bk.notifications@jpmchase.com Feb 27 2017 19:05:48     CHASE,   PO BOX 901076,
                 FT WORTH, TX 76101-2076
4473904        +E-mail/PDF: gecsedi@recoverycorp.com Feb 27 2017 19:03:04     GECRB/CARE CREDIT,
                 950 FORRER BLVD,    KETTERING, OH 45420-1469
4473906         E-mail/PDF: gecsedi@recoverycorp.com Feb 27 2017 19:03:05     GREEN TREE SERVICING L,
                 7360 S Kyrene Rd Ste 101,    Tempe, AZ 85283-4583
4536259        +E-mail/Text: bankruptcy.bnc@ditech.com Feb 27 2017 19:05:46     Green Tree Servicing, LLC,
                 PO BOX 0049,   Palatine, IL 60055-0049,    Telephone number 60055-0049
4473910        +E-mail/Text: nhc@nhchome.com Feb 27 2017 19:05:39     NATL HOSP COLLECTIONS,
                 16 DISTRIBUTOR DR STE 2,    MORGANTOWN, WV 26501-7209
4523032         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 27 2017 19:19:16
                 Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
4473913         E-mail/PDF: cbp@onemainfinancial.com Feb 27 2017 19:09:05     SPRINGLEAF FINANCIAL S,
                 1655 E MAIN ST,    WAYNESBORO, PA 17268
4494553         E-mail/PDF: cbp@onemainfinancial.com Feb 27 2017 19:03:07     Springleaf Financial Services,
                 P.O. Box 3251,    Evansville, IN 47731-3251
4531686         E-mail/PDF: gecsedi@recoverycorp.com Feb 27 2017 19:03:04     Synchrony Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
4852160        +E-mail/PDF: gecsedi@recoverycorp.com Feb 27 2017 19:03:05     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk VA 23541-1021
4473914        +E-mail/Text: crwkflw@firstdata.com Feb 27 2017 19:06:04     TELECHECK,   TRS RECOVERY INC,
                 5565 GLENRIDGE CONNECTOR NE,    ATLANTA, GA 30342-4756
4482299        +E-mail/Text: kcm@yatb.com Feb 27 2017 19:05:40     YORK ADAMS TAX BUREAU,   PO BOX 15627,
                 YORK PA 17405-0156
                                                                                              TOTAL: 13

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2017                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 27, 2017 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Craig H Fox    on behalf of Creditor    Springleaf Funding Trust 2013-B
               Bankruptcy@Foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com, cfox@foxandfoxlaw.com
              Eugene E. Pepinsky, Jr.    on behalf of Creditor    Belco Community Credit Union
               epepinsky@keeferwood.com
              Gary J Imblum    on behalf of Debtor William Paul Johnson, Sr gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
               ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
              Gary J Imblum    on behalf of Joint Debtor Sue Ann Johnson gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
               ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
              Joseph P Schalk    on behalf of Creditor    GREEN TREE SERVICING LLC pamb@fedphe.com
              Mary F Kennedy    on behalf of Creditor    GREEN TREE SERVICING LLC mary@javardianlaw.com,
               tami@javardianlaw.com
              Thomas I Puleo    on behalf of Creditor    Ditech Financial LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 9
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

William Paul Johnson Sr
Sue Ann Johnson
aka Sue A. Johnson
**Debtor(s)**

Chapter: 13

Case number: 1:14−bk−01656−RNO

Document Number: 66

Matter: Motion for Mortgage Modification.

Ditech Financial LLC
**Movant(s)**

vs.

Sue Ann Johnson aka Sue A. Johnson
William Paul Johnson Sr.
Charles J. DeHart, III Esq. Trustee
**Respondent(s)**

## Notice

NOTICE OF OPPORTUNITY TO OBJECT AND HEARING: Pursuant to Local Rule 2002−1(a), the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection/response on or before **March 20, 2017**. If you object to the relief requested, you must file your objection/response with the Clerk of Court and serve a copy on the movant and movant's attorney, if one is designated.

If you file and serve an objection/response within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing, and may grant the relief requested.

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
Ronald Reagan Federal Building
PO Box 908
Harrisburg, PA 17108
(717) 901−2800

**For the Court:**
Clerk of the Bankruptcy Court:
Terrence S. Miller
By: AGarner

Hours Open: Monday – Friday 9:00 AM – 4:00 PM

Date: February 27, 2017