## Sharlene Miller

| | |
|---|---|
| **From:** | USBankruptcyCourts@noticingcenter.com |
| **Sent:** | Wednesday, March 15, 2017 3:12 PM |
| **To:** | Gary Imblum |
| **Subject:** | U.S. Bankruptcy Court, Middle District of Pennsylvania - Returned Mail Notice, In re: William Paul Johnson, Sr, Case Number: 14-01656, RNO, Ref: [p-105658186] |
| **Attachments:** | R_P11401656ntpasnh0303.PDF |

<u>Notice of Returned Mail to Debtor/Debtor's Attorney</u>

March 15, 2017

From: United States Bankruptcy Court, Middle District of Pennsylvania

Re: U.S. Courts, Bankruptcy Noticing Center - Returned Mail Notice

    In re: William Paul Johnson, Sr, Case Number 14-01656, RNO

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attached document was mailed to the notice recipient(s) listed below via the U.S. Postal Service, and it was returned to the Bankruptcy Noticing Center as undeliverable. Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether the address should be updated.

NOTE: THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by the court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attached document to the notice recipient; 2) type or print legibly the updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

<u>U.S. Bankruptcy Court</u>
<u>Ronald Reagan Federal Building</u>
<u>PO Box 908</u>
<u>Harrisburg, PA 17108</u>

Notice Recipient's Address on Envelope Returned to the Bankruptcy Noticing Center:

MY CASH NOW
1712 PIONEER AVENUE
SUITE 120
CHEYENNE, WY 82001-4406

THE UPDATED ADDRESS IS:
Can't find address

3/17/2017

Signature of Debtor or Debtor's Attorney _____  Date  3/17/17

The Bankruptcy Noticing Center does not respond to messages regarding returned mail notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.

| Total Control Panel | | Login |
|---|---|---|
| To: gary.imblum@imblumlaw.com <br> From: usbankruptcycourts@noticingcenter.com | Message Score: 1 <br> My Spam Blocking Level: Low <br> Block this sender <br> Block noticingcenter.com | High (60): Pass <br> Medium (75): Pass <br> Low (90): Pass |

*This message was delivered because the content filter score did not exceed your filter level.*

3/17/2017