In re:                                                          Case No. 14-01656-RNO
William Paul Johnson, Sr                                        Chapter 13
Sue Ann Johnson
         Debtors

## CERTIFICATE OF NOTICE

District/off: 0314-1          User: AGarner        Page 1 of 1           Date Rcvd: Mar 24, 2017
                             Form ID: pdf010       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 26, 2017.
db/jdb        +William Paul Johnson, Sr,   Sue Ann Johnson,   1013 Heritage Drive,   Gettysburg, PA 17325-8973

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 26, 2017                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 24, 2017 at the address(es) listed below:
          Charles J. DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
          Craig H Fox   on behalf of Creditor   Springleaf Funding Trust 2013-B
           Bankruptcy@Foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com,   cfox@foxandfoxlaw.com
          Eugene E. Pepinsky, Jr.   on behalf of Creditor   Belco Community Credit Union
           epepinsky@keeferwood.com
          Gary J Imblum   on behalf of Debtor William Paul Johnson, Sr gary.imblum@imblumlaw.com,
           gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
           ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
          Gary J Imblum   on behalf of Joint Debtor Sue Ann Johnson gary.imblum@imblumlaw.com,
           gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
           ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
          Joseph P Schalk   on behalf of Creditor   GREEN TREE SERVICING LLC pamb@fedphe.com
          Mary F Kennedy   on behalf of Creditor   GREEN TREE SERVICING LLC mary@javardianlaw.com,
           tami@javardianlaw.com
          Thomas I Puleo   on behalf of Creditor   Ditech Financial LLC tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                              TOTAL: 9

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Sue Ann Johnson aka Sue A. Johnson<br>William Paul Johnson Sr.<br>    Debtors | CHAPTER 13 |
| Ditech Financial LLC<br>    Movant<br>  vs. | NO. 14-01656-RNO |
| Sue Ann Johnson aka Sue A. Johnson<br>William Paul Johnson Sr.<br>    Debtors | |
| Charles J. DeHart, III Esq.<br>    Trustee | 11 U.S.C. Sections 362 and 1301 |

## ORDER

AND NOW, upon consideration of Movant's Motion to Approve Loan Modification, it is ORDERED AND DECREED that:

The Motion is granted and the Loan Modification Agreement executed does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

By the Court,

Dated: March 24, 2017

Robert N. Opel, II, Chief Bankruptcy Judge

(DG)