```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                        Case No. 14-01656-RNO
William Paul Johnson, Sr                                      Chapter 13
Sue Ann Johnson
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-1          User: AGarner               Page 1 of 1              Date Rcvd: Apr 13, 2017
                              Form ID: trc                Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2017.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
 4494553        E-mail/PDF: cbp@onemainfinancial.com Apr 13 2017 18:52:19      Springleaf Financial Services,
                  P.O. Box 3251,    Evansville, IN  47731-3251
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2017                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2017 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Craig H Fox    on behalf of Creditor   Springleaf Funding Trust 2013-B
               Bankruptcy@Foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com, cfox@foxandfoxlaw.com
              Eugene E. Pepinsky, Jr.    on behalf of Creditor   Belco Community Credit Union
               epepinsky@keeferwood.com
              Gary J Imblum    on behalf of Debtor William Paul Johnson, Sr gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
              Gary J Imblum    on behalf of Joint Debtor Sue Ann Johnson gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
              Joseph P Schalk    on behalf of Creditor    GREEN TREE SERVICING LLC pamb@fedphe.com
              Mary F Kennedy    on behalf of Creditor    GREEN TREE SERVICING LLC mary@javardianlaw.com,
               tami@javardianlaw.com
              Thomas I Puleo    on behalf of Creditor    Ditech Financial LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 9

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:14-bk-01656-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

William Paul Johnson, Sr
1013 Heritage Drive
Gettysburg PA 17325

Sue Ann Johnson
1013 Heritage Drive
Gettysburg PA 17325

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/12/2017.

Name and Address of Alleged Transferor(s):

Claim No. 3: Springleaf Financial Services, P.O. Box 3251, Evansville, IN 47731-3251

Name and Address of Transferee:

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541
Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 04/15/17

Terrence S. Miller
**CLERK OF THE COURT**