# IMBLUM LAW OFFICES, P.C.

Gary J. Imblum
Jeffrey L. Troutman (of counsel)

4615 DERRY STREET
HARRISBURG, PA 17111
Telephone: 717-238-5250
Facsimile: 717-558-8990
email: gary.imblum@imblumlaw.com

Gettysburg Telephone
717-337-0797
Lebanon Telephone
717-270-6989

January 3, 2018

**Via ECF Only**

TO: US BANKRUPTCY COURT - CLERK

RE: William Paul Johnson, Sr. and Sue Ann Johnson
Chapter 13 Bankruptcy Case No. 1-14-01654

Dear Clerk:

Please be advised that the address for William and Sue Johnson has changed to the following:

140 Carlisle Street
Apt 101
Gettysburg PA 17325

The Debtors' previous address was as follows:

1013 Heritage Drive
Gettysburg PA 17325

Very truly yours,

IMBLUM LAW OFFICES, P.C.

Gary J. Imblum

GJI/cyh

cc: Charles J. Dehart, III, Esquire
Chapter 13 Trustee
Via E-Service