```
                        United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                              Case No. 14-01656-HWV
William Paul Johnson, Sr                                            Chapter 13
Sue Ann Johnson
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1           User: AGarner            Page 1 of 1           Date Rcvd: Feb 22, 2018
                               Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 24, 2018.
db/jdb         +William Paul Johnson, Sr,   Sue Ann Johnson,   140 Carlisle Street,   Apt 101,
                Gettysburg, PA 17325-1847

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 22, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Craig H. Fox    on behalf of Creditor    Springleaf Funding Trust 2013-B
               Bankruptcy@Foxandfoxlaw.com,    cfox@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com
              Eugene E. Pepinsky, Jr.    on behalf of Creditor    Belco Community Credit Union
               epepinsky@keeferwood.com
              Gary J Imblum    on behalf of Debtor 2 Sue Ann Johnson gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
               ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
              Gary J Imblum    on behalf of Debtor 1 William Paul Johnson, Sr gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
               ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
              Joseph P Schalk    on behalf of Creditor    GREEN TREE SERVICING LLC jschalk@barley.com,
               sromig@barley.com
              Mary F Kennedy    on behalf of Creditor    GREEN TREE SERVICING LLC mary@javardianlaw.com,
               tami@javardianlaw.com
              Thomas I Puleo    on behalf of Creditor    Ditech Financial LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | |
| WILLIAM PAUL JOHNSON, SR. | : | CASE NO. 1-14-01656-HWV |
| SUE ANN JOHNSON | : | |
| aka SUE A. JOHNSON | : | |
| Debtors | : | CHAPTER 13 |

ORDER

Upon consideration of Debtors' Motion to Modify Plan

**IT IS HEREBY ORDERED AND DECREED** that Debtors may amend their Plan in accordance with the proposed Second Amended Plan.

Dated: February 22, 2018

By the Court,

_____
Henry W. Van Eck, Bankruptcy Judge (KB)