# IMBLUM LAW OFFICES, P.C.

Gary J. Imblum  
Jeffrey L. Troutman (of counsel)

4615 DERRY STREET  
HARRISBURG, PA 17111  
Telephone: 717-238-5250  
Facsimile: 717-558-8990  
email: gary.imblum@imblumlaw.com

Gettysburg Telephone  
717-337-0797  
Lebanon Telephone  
717-270-6989

April 8, 2019

**Via ECF Only**

TO: US BANKRUPTCY COURT - CLERK

RE: William Paul Johnson, Sr. and Sue Ann Johnson  
Chapter 13 Bankruptcy Case No. 1-14-01656

Dear Clerk:

Please be advised that the address for William and Sue Johnson has changed to the following:

238 Buford Avenue  
Gettysburg PA 17325

The Debtors' previous address was as follows:

140 Carlisle Street  
Apt 101  
Gettysburg PA 17325

Very truly yours,

IMBLUM LAW OFFICES, P.C.

Gary J. Imblum

GJI/cyh

cc: Charles J. Dehart, III, Esquire  
Chapter 13 Trustee  
Via E-Service