United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
William Paul Johnson, Sr  
Sue Ann Johnson  
    Debtors

Case No. 14-01656-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: JGoodling     Page 1 of 1     Date Rcvd: Oct 22, 2019  
                       Form ID: fnldec     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2019.  
db/jdb       +William Paul Johnson, Sr,    Sue Ann Johnson,    238 Buford Avenue,    Gettysburg, PA 17325-1137

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                             TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2019                                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2019 at the address(es) listed below:

           Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com  
           Craig H. Fox    on behalf of Creditor    Springleaf Funding Trust 2013-B  
            Bankruptcy@Foxandfoxlaw.com,   cfox@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com  
           Eugene E. Pepinsky, Jr.    on behalf of Creditor    Belco Community Credit Union  
            epepinsky@keeferwood.com  
           Gary J Imblum    on behalf of Debtor 2 Sue Ann Johnson gary.imblum@imblumlaw.com,  
            gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com  
           Gary J Imblum    on behalf of Debtor 1 William Paul Johnson, Sr gary.imblum@imblumlaw.com,  
            gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com  
           James Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com  
           Joseph P Schalk    on behalf of Creditor    GREEN TREE SERVICING LLC jschalk@barley.com,  
            sromig@barley.com  
           Mary F Kennedy    on behalf of Creditor    GREEN TREE SERVICING LLC mary@javardianlaw.com,  
            tami@javardianlaw.com  
           Thomas I Puleo    on behalf of Creditor    Ditech Financial LLC tpuleo@kmllawgroup.com,  
            bkgroup@kmllawgroup.com  
           United States Trustee    ustpregion03.ha.ecf@usdoj.gov  
                                                                                                                    TOTAL: 10

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| William Paul Johnson Sr, | Chapter 13 |
| **Debtor 1** | |
| | Case No. 1:14–bk–01656–HWV |
| Sue Ann Johnson, aka Sue A. Johnson, | |
| **Debtor 2** | |

Social Security No.:
    xxx–xx–3150    xxx–xx–4169

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: October 22, 2019        By the Court,

Honorable Henry W. Van Eck
United States Bankruptcy Judge
By: JGoodling, Deputy Clerk

**fnldec** (05/18)